PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
02-00207-001

DOCKET NUMBER *(Rec. Court)*
08CR 266

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Nison Donets | Eastern District of Wisconsin | Milwaukee |

RECEIVED MAR 19 2008 U.S. PROBATION OFFICE

| NAME OF SENTENCING JUDGE |
|---|
| J. P. Stadtmueller |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/8/06 | TO 9/7/08 |

**OFFENSE**

18 U.S.C. §§ 2 and 287; False or Fraudulent Claims

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE ASHMAN

FILED MAR 28 2008 NR
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern District of Wisconsin__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 6, 2007
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern District of Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
*Effective Date*

*[signature]*
*United States District Judge*